

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00412-CR

NOLAN MICHAEL SHULTZ,

                                                              Appellant

 v.

THE STATE OF TEXAS,

                                                              Appellee

From the County Court
Navarro County, Texas
Trial Court No. 70470

# O R D E R

The State has filed opposition to a then-pending motion for extension of time to file appellant's brief. In the alternative, the State asks for an abatement of the appeal.

While we are not unsympathetic to the frustration evidenced by the State's motion, we deny the motion at this time. We note we denied appellant's motion for extension of time to file his brief and ordered the brief filed by July 20, 2016.

We will address the merits of the other issues raised in the State's motion if those

issues are addressed in a subsequent motion or the State's brief.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed June 22, 2016

